NO. 07-04-0337-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 1, 2004

______________________________

CHARLES ALAN SNOOKS,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 69
TH
 DISTRICT COURT OF MOORE COUNTY;

NO. 3399; HON. RON ENNS, PRESIDING

_______________________________

ON MOTION TO DISMISS

__________________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

Appellant Charles Alan Snooks, by and through his attorney, has filed a motion to dismiss this appeal because he no longer desires to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

   Justice

Do not publish.